| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA |
| Case number *(if known)* _____    Chapter  **11** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
**Florida Magical Homes LLC**

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
**83-2981269**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **7862 W Irlo Bronson Memorial Hwy Suite 380 Kissimmee, FL 34747** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Osceola** | Location of principal assets, if different from principal place of business |
| County | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)    **www.floridamegleren.no**

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **Florida Magical Homes LLC**      Case number (*if known*) _____
　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor **Florida Magical Homes LLC**  Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
      Contact name _____
      Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor **Florida Magical Homes LLC**     Case number (*if known*) _____
     Name

- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Florida Magical Homes LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  2/19/2025
MM / DD / YYYY

X  /s/ Frederick Sundsten
Signature of authorized representative of debtor

**Frederick R. Sundsten**
Printed name

Title  **Sole Managing Member**

**18. Signature of attorney**

X  _____
Signature of attorney for debtor

Date  2.25.25
MM / DD / YYYY

**Daniel A. Velasquez 0098158**
Printed name

**Latham Luna Eden & Beaudine LLP**
Firm name

**201 S. Orange Avenue
Suite 1400
Orlando, FL 32801**
Number, Street, City, State & ZIP Code

Contact phone  **(407) 481-5800**    Email address  **dvelasquez@lathamluna.com**

**0098158 FL**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Florida Magical Homes LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders      12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Arne Sartz Knudsen** Aslakveien 16c 0753 Oslo, Norway | | Property Management Agreement | | | | $3,450.00 |
| **Bank of America** PO Box 982234 El Paso, TX 79998-2234 | | Business Credit Card | | | | $36,861.79 |
| **Cato Rude Hansen Christian Michelsens Vei 39 Fjellhamar, Norway** | | Property Management Agreement | | | | $4,052.00 |
| **Elisabeth & Rolf Inge Sylte Skyterstien 6B 6300 Andalsnes, Norway** | | Property Management Agreement | | | | $7,779.00 |
| **Familien Solheim Invest Kjetil Solheim Stromsoddveien 157 3534 Sokna, Norway** | | Property Management Agreement | | | | $3,967.00 |
| **Harald Slinning & Lisbeth Wulfsberg Nedre Storgate 18, 3015 Drammen, Norway** | | Property Management Agreement | | | | $3,450.00 |
| **Hungh Buu Huynh Ivan Bjorndalsgata 12 0472 Oslo, Norway** | | Property Management Agreement | | | | $3,371.00 |
| **Innabi Services LLC 12628 Lake Ridge Circle Clermont, FL 34711** | | Trade Debt | | | | $4,936.00 |

Debtor **Florida Magical Homes LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Internal Revenue Service Centralized Insolvency Ops PO Box 7346 Philadelphia, PA 19101-7346** | | **2022 Taxes** | | | | $36,000.00 |
| **Mario & Calvin Andrews 8015 Greenly Dr. Oakland, CA 94605** | | **Property Management Agreement** | | | | $6,476.00 |
| **Mario & Calvin Andrews 210 Schenk Blvd. Floral Park, NY 11001** | | **Property Management Agreement** | | | | $3,478.00 |
| **Martha Cornelia 36 John Street Carteret, NJ 07008** | | **Property Management Agreement** | | | | $3,000.00 |
| **NBT Invest Inc. Bente & Terje Seim 433 Plaza Real Ste 345 Boca Raton, FL 33432** | | **Property Management Agreement** | | | | $4,059.00 |
| **Nicklas & Clemencia Karlsson 2539 Fawnlake Trail Orlando, FL 32828** | | **Property Management Agreement** | | | | $7,772.00 |
| **Patrick Wong 1821 Pitt River Port Coquiltam, BC V3C 1P8 Toronto, Canada** | | **Property Management Agreement** | | | | $3,029.00 |
| **Thiago Lopes Condido 3814 Old Berry Pt. Apt 111 Fort Myers, FL 33916** | | **Property Management Agreement** | | | | $2,884.00 |
| **Trine og Sigve Tjelta Tjeltaveien 27 4054 Tjelta, Norway** | | **Property Management Agreement** | | | | $4,124.00 |
| **Varia US LLC Tom Bonsak Industriveien 7 1483 Hagan, Norway** | | **Property Management Agreement** | | | | $3,168.00 |
| **Vincent Clarke 210 Schenk Blvd. Floral Park, NY 11001** | | **Property Management Agreement** | | | | $5,185.00 |

| Debtor | **Florida Magical Homes LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Zachary Dure**<br>**38 Prospect St.**<br>**MA 02310** | | **Property Management Agreement** | | | | $4,431.00 |

# United States Bankruptcy Court
## Middle District of Florida

In re **Florida Magical Homes LLC**

Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Frederick R. Sundsten<br>7862 W Irlo Bronson Memorial Hwy<br>Suite 380<br>Kissimmee, FL 34747 | | 100% | Sole Managing Member |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Sole Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   2/19/2025            Signature   *Frederick Sundsten* (DocuSigned: 28ED7B830D7E4CB...)

**Frederick R. Sundsten**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## United States Bankruptcy Court
### Middle District of Florida

In re  **Florida Magical Homes LLC**  
　　　　　　　　　　　　　　　　　　Debtor(s)

Case No. _____  
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Sole Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:　2/19/2025

DocuSigned by:  
*Frederick Sundsten*  
—28ED7B830D7E4CB...  
**Frederick R. Sundsten/Sole Managing Member**  
Signer/Title

Florida Magical Homes LLC
7862 W Irlo Bronson Memorial Hwy
Suite 380
Kissimmee, FL 34747

Harald Slinning &
Lisbeth Wulfsberg
Nedre Storgate 18,
3015 Drammen, Norway

Martha Cornelia
36 John Street
Carteret, NJ 07008

Daniel A. Velasquez
Latham Luna Eden & Beaudine LLP
201 S. Orange Avenue
Suite 1400
Orlando, FL 32801

Hungh Buu Huynh
Ivan Bjorndalsgata 12
0472 Oslo, Norway

NBT Invest Inc.
Bente & Terje Seim
433 Plaza Real Ste 345
Boca Raton, FL 33432

Ardonay Heating & Cooling LLC
15218 Markham Dr.
Clermont, FL 34714

Hungh Buu Huynh & Lam Thuy Nga
Ivan Bjorndalsgata 12
0472 Oslo, Norway

Nicklas & Clemencia Karlsson
2539 Fawnlake Trail
Orlando, FL 32828

Arne Sartz Knudsen
Aslakveien 16c
0753 Oslo, Norway

Innabi Services LLC
12628 Lake Ridge Circle
Clermont, FL 34711

Osceola Cty Tax Collector
2501 E Irlo Bronson Mem Hwy
Kissimmee, FL 34744

Bank of America
PO Box 982234
El Paso, TX 79998-2234

Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346

Patrick Wong
1821 Pitt River
Port Coquiltam, BC V3C 1P8
Toronto, Canada

Cato Rude Hansen
Christian Michelsens
Vei 39
Fjellhamar, Norway

Jan Aage Ostgaard
Nordlysveien 40
0491 Oslo, Norway

Ralbin Checo
78 6th Ave.
Port Reading, NJ 07064

Elisabeth & Rolf Inge Sylte
Skyterstien 6B
6300 Andalsnes, Norway

Joanne & Andrew Young
19 Afons Garden
Phontir Newport
Gwent NP 18 1PR
United Kingdom

Rey Treasure Trove LLC
Rafael Reyes
340 Nassau Ave.
Freeport, NY 11520

Familien Solheim Invest
Kjetil Solheim
Stromsoddveien 157
3534 Sokna, Norway

Mario & Calvin Andrews
8015 Greenly Dr.
Oakland, CA 94605

Sanjueli LLC
Santiago Pena
1591 Boulogne San Isidro
Buenos Aires, Argentina

Frederick R. Sundsten
7862 W Irlo Bronson Memorial Hwy
Suite 380
Kissimmee, FL 34747

Mario & Calvin Andrews
210 Schenk Blvd.
Floral Park, NY 11001

Solterra Pool Services LLC
4305 Acorn Ct.
Davenport, FL 33837

Florida Magical Homes LLC - - Pg. 2 of 2

Thiago Lopes Condido
3814 Old Berry Pt.
Apt 111
Fort Myers, FL 33916

Trine og Sigve Tjelta
Tjeltaveien 27
4054 Tjelta, Norway

Varia US LLC
Tom Bonsak
Industriveien 7
1483 Hagan, Norway

Vincent Clarke
210 Schenk Blvd.
Floral Park, NY 11001

Zachary Dure
38 Prospect St.
MA 02310

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Florida Magical Homes LLC**  
                    Debtor(s)

Case No.  
Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                                                   $    **26,738.00**  
   Prior to the filing of this statement I have received                                         $    **26,738.00**  
   Balance Due                                                                                   $         **0.00**

2. The source of the compensation paid to me was:

   ☐ Debtor     ■ Other (specify):    **Frederick R Sundsten**

3. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_2.25.25_  
Date

*(signature)*  
**Daniel A. Velasquez 0098158**  
*Signature of Attorney*  
**Latham Luna Eden & Beaudine LLP**  
**201 S. Orange Avenue**  
**Suite 1400**  
**Orlando, FL 32801**  
**(407) 481-5800  Fax: (407) 481-5801**  
**dvelasquez@lathamluna.com**  
*Name of law firm*